**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: January 21, 2026
Docket #: 26-23
Short Title: Shah v. Liston

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 2:18-cv-4625
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Magistrate Judge - Steven L. Tiscione

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.